UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  Case No. 22-47699-lsg

**Berwick Hospital Company, LLC**  Chapter 11, Subchapter V

Debtor.  Hon. Lisa S. Gretchko
_____/

**STIPULATION FOR ENTRY OF ORDER
DIRECTING THE UNITED STATES TRUSTEE'S
APPOINTMENT OF PATIENT CARE OMBUDSMAN**

The United States Trustee and the Debtor, by their respective counsel, stipulate to the entry of an Order Authorizing the United States Trustee's Appointment of a Patient Care Ombudsman. A copy of the proposed Order is attached.

| | |
|---|---|
| **ANDREW R. VARA**<br>**UNITED STATES TRUSTEE**<br>Regions 3 and 9 | **ROBERT N. BASSEL** |
| By: /s/ Leslie K. Berg<br>Office of the U.S. Trustee<br>211 West Fort St. – Suite 700<br>Detroit, MI 48226<br>(313) 226-7950<br>Leslie.K.Berg@usdoj.gov | /s/ Robert N. Bassel<br>Attorney for Debtor<br>P.O. Box T<br>Clinton, Michigan 49236<br>248-677-1234<br>bbassel@gmail.com<br>[P48420] |

Dated: October 3, 2022

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  Case No. 22-47699-lsg

**Berwick Hospital Company, LLC**  Chapter 11, Subchapter V

    Debtor.  Hon. Lisa S. Gretchko
_____/

### ORDER DIRECTING UNITED STATES TRUSTEE'S APPOINTMENT OF PATIENT CARE OMBUDSMAN

**THIS MATTER** came before the Court upon the Stipulation of the United States Trustee and the Debtor, to direct the United States Trustee to appoint a patient care ombudsman pursuant to 11 U.S.C. § 333.

**NOW THEREFORE,**

**IT IS ORDERED** that the United States Trustee is directed to appoint a Patient Care Ombudsman.