Fill in this information to identify the case:
Debtor name: **BERWICK HOSPITAL COMPANY, LLC**
United States Bankruptcy Court for the: **EASTERN DISTRICT OF MICHIGAN**
Case number (if known): **22-47699**

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Air Gas USA<br>PO BOX 734445<br>Chicago, IL 60673-4445 | 1 (866) 935-3370 | trade | | | | $55,727.01 |
| BECKMAN COULTER INC<br>DEPT CH 10164<br>Palatine, IL 60055-0164 | 800-369-0333 | trade | | | | $55,080.31 |
| BERWICK AREA SCHOOL DISTRICT<br>1615 LINCOLN AVE,<br>Berwick, PA 18640 | (570) 759-6400 | trade | | | | $145,710.13 |
| EMCARE PHYSICIAN SERVICES INC<br>7032 COLLECTION CENTER DR<br>Chicago, IL 60693 | 866.295.7363 | trade | | | | $335,489.82 |
| HIGHMARK BLUE SHIELD<br>120 Fifth Ave, Suite 232A<br>Pittsburgh, PA 15222 | | trade | | | | $36,799.39 |
| INTERSTAFF INC<br>16107 Kensington Drive, Box 140<br>Sugar Land, TX 77478 | (713) 980-2500 | trade | | | | $35,595.90 |
| MAGELLAN RX MANAGEMENT, INC<br>14100 Magellan Plaza<br>Maryland Heights, MO 63043 | (866) 554-2673 | trade | | | | $114,849.16 |

| Debtor | BERWICK HOSPITAL COMPANY, LLC | | Case number (if known) | 22-47699 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| MATTHEW A BERGER, MD, PC<br>340 MONTAGE MOUNTAIN RD, MOOSIC, PA<br>Moosic, PA 18507 | (570) 346-3686 | trade | | | | $33,550.00 |
| MEDLINE INDUSTRIES INC<br>BOX 382075<br>Pittsburgh, PA 15251-8075 | (800) 633-5463 | trade | | | | $60,944.96 |
| MEDTRONIC USA INC<br>4642 Collections Center Drive<br>Chicago, IL 60693-0046 | | trade | | | | $73,160.70 |
| NRG Business Solutions<br>P O BOX 223688<br>Pittsburgh, PA 15251-2688 | | trade | | | | $162,870.24 |
| PENNSYLVANIA AMERICAN WATER<br>PO BOX 371412, PITTSBURGH, PA<br>Pittsburgh, PA 15250 | | trade | | | | $48,631.95 |
| Pennsylvania Department of Human Service<br>P O BOX 2675<br>Harrisburg, PA 17105 | | trade | | | | $149,693.50 |
| People Trust Community Loan Fund<br>5300 West 65th Street, Little Rock, AR<br>Little Rock, AR 72209 | | loan(s) | | | | $1,998,762.00 |
| Pharmacy Exchange<br>18 Campus Blvd, Suite 100, Newtown Squar<br>Newtown Square, PA 19073 | | trade | | | | $43,258.83 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| PRUDENTIAL GROUP INSURANCE<br>PO BOX 101241, ATLANTA, GA<br>Atlanta, GA<br>30392-1241 | | trade | | | | $40,906.02 |
| REMI<br>6325 Ardrey Kell Road, Suite 200<br>Charlotte, NC 28277 | | trade | | | | $77,128.10 |
| STERICYCLE INC<br>P O BOX 6582, CORAL STREAM, IL<br>Carol Stream, IL<br>60197-6582 | | trade | | | | $35,846.08 |
| US Foods Inc<br>PO BOX 824038, PHILADELPHIA, PA<br>Philadelphia, PA<br>19182-4038 | | trade | | | | $37,838.03 |
| ZIMMER BIOMET<br>PO BOX 277530<br>Atlanta, GA<br>30384-7530 | | trade | | | | $93,596.53 |