# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
|  |  | 218,951.05 | 10,465.25 |

**2.1**  Priority creditor's name and mailing address
**see attached**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**4**)

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

**3.1**  Nonpriority creditor's name and mailing address
**Air Gas USA**
**PO BOX 734445**
**Chicago, IL 60673-4445**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **trade**

Is the claim subject to offset?  ■ No  ☐ Yes

$55,727.01

**3.2**  Nonpriority creditor's name and mailing address
**BECKMAN COULTER INC**
**DEPT CH 10164**
**Palatine, IL 60055-0164**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **trade**

Is the claim subject to offset?  ■ No  ☐ Yes

$55,080.31

| 3.3 | Nonpriority creditor's name and mailing address<br>BERWICK AREA SCHOOL DISTRICT<br>1615 LINCOLN AVE,<br>Berwick, PA 18640<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **trade**<br>Is the claim subject to offset? ■ No  ☐ Yes | $145,710.13 |
|---|---|---|---|
| 3.4 | Nonpriority creditor's name and mailing address<br>EMCARE PHYSICIAN SERVICES INC<br>7032 COLLECTION CENTER DR<br>Chicago, IL 60693<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **trade**<br>Is the claim subject to offset? ■ No  ☐ Yes | $335,489.82 |
| 3.5 | Nonpriority creditor's name and mailing address<br>Frank J. Giugliano<br>c/o Franklin Kepner, Esq.<br>123 West Front Street<br>Berwick, PA 18603<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br>Basis for the claim: **litigation**<br>Is the claim subject to offset? ☐ No  ■ Yes | $0.00 |
| 3.6 | Nonpriority creditor's name and mailing address<br>Galesburg Cottage Hospital<br>695 N Kellogg St.<br>Galesburg, IL 61401<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **loan(s)**<br>Is the claim subject to offset? ■ No  ☐ Yes | $200,000.00 |
| 3.7 | Nonpriority creditor's name and mailing address<br>GLOBAL CLINICAL EDUCATION<br>461 Huron Street<br>Pontiac, MI 48341<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **loan(s)**<br>Is the claim subject to offset? ■ No  ☐ Yes | $658,992.50 |
| 3.8 | Nonpriority creditor's name and mailing address<br>HIGHMARK BLUE SHIELD<br>120 Fifth Ave, Suite 232A<br>Pittsburgh, PA 15222<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **trade**<br>Is the claim subject to offset? ■ No  ☐ Yes | $36,799.39 |
| 3.9 | Nonpriority creditor's name and mailing address<br>INFRAHEALTH INC<br>1000 Heritage Center Circle 123<br>Round Rock, TX 78664<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **trade**<br>Is the claim subject to offset? ■ No  ☐ Yes | $99,000.31 |

| 3.10 | Nonpriority creditor's name and mailing address<br>INTERSTAFF INC<br>16107 Kensington Drive, Box 140<br>Sugar Land, TX 77478<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **trade**<br>Is the claim subject to offset? ■ No ☐ Yes | $35,595.90 |
|---|---|---|---|
| 3.11 | Nonpriority creditor's name and mailing address<br>MAGELLAN RX MANAGEMENT, INC<br>14100 Magellan Plaza<br>Maryland Heights, MO 63043<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **trade**<br>Is the claim subject to offset? ■ No ☐ Yes | $114,849.16 |
| 3.12 | Nonpriority creditor's name and mailing address<br>Mathew Spring Water<br>PO BOX 87,<br>Nescopeck, PA 18635<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **trade**<br>Is the claim subject to offset? ■ No ☐ Yes | $19.50 |
| 3.13 | Nonpriority creditor's name and mailing address<br>MATTHEW A BERGER, MD, PC<br>340 MONTAGE MOUNTAIN RD, MOOSIC, PA<br>Moosic, PA 18507<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **trade**<br>Is the claim subject to offset? ■ No ☐ Yes | $33,550.00 |
| 3.14 | Nonpriority creditor's name and mailing address<br>MEDLINE INDUSTRIES INC<br>BOX 382075<br>Pittsburgh, PA 15251-8075<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **trade**<br>Is the claim subject to offset? ■ No ☐ Yes | $60,944.96 |
| 3.15 | Nonpriority creditor's name and mailing address<br>MEDTRONIC USA INC<br>4642 Collections Center Drive<br>Chicago, IL 60693-0046<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **trade**<br>Is the claim subject to offset? ■ No ☐ Yes | $73,160.70 |
| 3.16 | Nonpriority creditor's name and mailing address<br>NRG Business Solutions<br>P O BOX 223688<br>Pittsburgh, PA 15251-2688<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **trade**<br>Is the claim subject to offset? ■ No ☐ Yes | $162,870.24 |

| 3.17 | Nonpriority creditor's name and mailing address<br>PENNSYLVANIA AMERICAN WATER<br>PO BOX 371412, PITTSBURGH, PA<br>Pittsburgh, PA 15250<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **trade**<br>Is the claim subject to offset? ■ No ☐ Yes | $48,631.95 |
|---|---|---|
| 3.18 | Nonpriority creditor's name and mailing address<br>Pennsylvania Department of Human Service<br>P O BOX 2675<br>Harrisburg, PA 17105<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **trade**<br>Is the claim subject to offset? ■ No ☐ Yes | $149,693.50 |
| 3.19 | Nonpriority creditor's name and mailing address<br>Pentagon Federal Credit Union -<br>1415 Ritner Hwy,<br>Carlisle, PA 17013<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **trade**<br>Is the claim subject to offset? ■ No ☐ Yes | $300.00 |
| 3.20 | Nonpriority creditor's name and mailing address<br>People Trust Community Loan Fund<br>5300 West 65th Street, Little Rock, AR<br>Little Rock, AR 72209<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **loan(s)**<br>Is the claim subject to offset? ■ No ☐ Yes | $1,998,762.00 |
| 3.21 | Nonpriority creditor's name and mailing address<br>Pharmacy Exchange<br>18 Campus Blvd, Suite 100, Newtown Squar<br>Newtown Square, PA 19073<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **trade**<br>Is the claim subject to offset? ■ No ☐ Yes | $43,258.83 |
| 3.22 | Nonpriority creditor's name and mailing address<br>PRUDENTIAL GROUP INSURANCE<br>PO BOX 101241, ATLANTA, GA<br>Atlanta, GA 30392-1241<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **trade**<br>Is the claim subject to offset? ■ No ☐ Yes | $40,906.02 |
| 3.23 | Nonpriority creditor's name and mailing address<br>REMI<br>6325 Ardrey Kell Road, Suite 200<br>Charlotte, NC 28277<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **trade**<br>Is the claim subject to offset? ■ No ☐ Yes | $77,128.10 |

| | | |
|---|---|---|
| 3.24 | **Nonpriority creditor's name and mailing address**<br>Sant Partners<br>11872 LONGFELLOW CIRCLE,<br>Shreveport, LA 71106<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** trade<br>Is the claim subject to offset? ■ No ☐ Yes | $369,031.25 |
| 3.25 | **Nonpriority creditor's name and mailing address**<br>SBJ GROUP INC<br>1 CHISHOLM TRIAL ROAD, SUITE 450,<br>Round Rock, TX 78681<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** trade<br>Is the claim subject to offset? ■ No ☐ Yes | $761,864.00 |
| 3.26 | **Nonpriority creditor's name and mailing address**<br>see attached<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | $1,270,697.31 |
| 3.27 | **Nonpriority creditor's name and mailing address**<br>STERICYCLE INC<br>P O BOX 6582, CORAL STREAM, IL<br>Carol Stream, IL 60197-6582<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** trade<br>Is the claim subject to offset? ■ No ☐ Yes | $35,846.08 |
| 3.28 | **Nonpriority creditor's name and mailing address**<br>UGI Utilities<br>PO BOX 15503<br>Wilmington, DE 19886<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** trade<br>Is the claim subject to offset? ■ No ☐ Yes | $228.20 |
| 3.29 | **Nonpriority creditor's name and mailing address**<br>US Foods Inc<br>PO BOX 824038, PHILADELPHIA, PA<br>Philadelphia, PA 19182-4038<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** trade<br>Is the claim subject to offset? ■ No ☐ Yes | $37,838.03 |
| 3.30 | **Nonpriority creditor's name and mailing address**<br>ZIMMER BIOMET<br>PO BOX 277530<br>Atlanta, GA 30384-7530<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** trade<br>Is the claim subject to offset? ■ No ☐ Yes | $93,596.53 |

### Part 3: List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

|   |   |   |   |
|---|---|---|---|
| 5a. Total claims from Part 1 | 218,951.05 | 5a. | $ |
| 5b. Total claims from Part 2 | 6,995,571.73 | 5b. + | $ |
| 5c. Total of Parts 1 and 2  Lines 5a + 5b = 5c. | 7,214,522.78 | 5c. | $ |

| Last Name | First Name | Priority claim liability | Unsecured Claim liability | Total Unsecured Liability |
|---|---|---|---|---|
| Adamchick | Courtney | 64.62 | 0.00 | $0.00 |
| Angeli | Carmen | 0.00 | 0.00 | $0.00 |
| Bendas | Elizabeth | 0.00 | 8,301.62 | $8,301.62 |
| Berta | Brian | 464.63 | 71.48 | $536.11 |
| Bielko | Dorothy | 0.00 | 4,224.10 | $4,224.10 |
| Blaine | Alicia | 0.00 | 2,390.74 | $2,390.74 |
| Bloss | Katlyn | 0.00 | 2,459.38 | $2,459.38 |
| Bogart | Jennifer | 0.00 | 2,043.68 | $2,043.68 |
| Brokenshire | Deborah | 0.00 | 18,268.65 | $18,268.65 |
| Carey | Neal | 0.00 | 0.00 | $0.00 |
| CLARKE | TASHANA | 253.38 | 0.00 | $0.00 |
| Compton | Lisa | 0.00 | 2,255.51 | $2,255.51 |
| Cornell | Destiny | 0.00 | 1,699.93 | $1,699.93 |
| Curtin | Catherine | 465.41 | 5,690.07 | $6,155.48 |
| Dalo | Pamela | 0.00 | 167.99 | $167.99 |
| DiPippa | Gina | 0.00 | 3,325.26 | $3,325.26 |
| Eagan | Reva | 0.00 | 0.15 | $0.15 |
| Elmes | Elaine | 0.00 | 3,774.25 | $3,774.25 |
| Farver | Natasha | 0.00 | 141.21 | $141.21 |
| Faux | Caitlin | 66.44 | 820.05 | $886.48 |
| Federici | Diana | 0.00 | 3,688.81 | $3,688.81 |
| Fern | Darlene | 97.12 | 598.55 | $695.67 |
| Frace | Stephani | 0.00 | 0.18 | $0.18 |
| Frankevich | Linda | 0.00 | 8,989.19 | $8,989.19 |
| Gordon | Amy | 418.19 | 301.29 | $719.47 |
| Gregory | Sherry | 655.81 | 3,440.09 | $4,095.90 |
| Gudoski | Mary | 0.00 | 169.69 | $169.69 |
| Herndon | Brenda | 0.00 | 220.56 | $220.56 |
| Herring | Donald | 0.00 | 408.74 | $408.74 |
| Hess | Samantha | 0.00 | 49.59 | $49.59 |
| Hofford | Douglas | 0.00 | 5,952.94 | $5,952.94 |
| Iftikhar | Luanne | 0.00 | 0.00 | $0.00 |
| Jenkins | Pamela | 0.00 | 0.44 | $0.44 |
| Kissinger | Jessica | 0.00 | 0.11 | $0.11 |
| Korea | George | 0.00 | 8,585.42 | $8,585.42 |
| Lane | Jennifer | 0.00 | 0.00 | $0.00 |
| Lentz | Patricia | 0.00 | 494.88 | $494.88 |
| Levitsky | Edward | 0.00 | 0.41 | $0.41 |
| lockard | kenneth | 0.00 | 277.54 | $277.54 |
| Lombardo | Anita | 0.00 | 4,920.85 | $4,920.85 |

| Last Name | First Name | Priority claim liability | Unsecured Claim liability | Total Unsecured Liability |
|---|---|---|---|---|
| Lombargo | Mary | 0.00 | 6,968.90 | $6,968.90 |
| Lorenzo | Lisa | 0.00 | 0.00 | $0.00 |
| Maclejewski | Molly | 772.15 | 3,074.01 | $3,846.16 |
| Martz | Candice | 3.77 | 45.38 | $49.15 |
| Mchugh | Rebecca | 0.00 | 0.49 | $0.49 |
| McKinzie | Rhonda | 0.00 | 245.23 | $245.23 |
| Midway | Deana | 0.00 | 1,486.04 | $1,486.04 |
| Millard | Linda | 0.00 | 634.61 | $634.61 |
| Miller | Amy | 0.00 | 3,267.84 | $3,267.84 |
| Miller | Denise | 0.00 | 0.16 | $0.16 |
| Miller | Linda | 1,089.92 | 1,214.36 | $2,304.27 |
| Miller | Nicholas | 452.31 | 414.62 | $866.93 |
| Morgan | James | 0.00 | 3,822.63 | $3,822.63 |
| Motsney | John | 0.00 | 3,051.20 | $3,051.20 |
| Nemetz | Gary | 0.00 | 1,851.23 | $1,851.23 |
| Nevel | Kolby | 0.00 | 184.63 | $184.63 |
| Neye | Jennifer | 0.00 | 103.85 | $103.85 |
| Nichols | Nancy | 0.00 | 6,323.07 | $6,323.07 |
| Noss | Stacey | 0.00 | 2,172.24 | $2,172.24 |
| Nunkester | Luann | 0.00 | 7,891.04 | $7,891.04 |
| Nuss | Nancy | 0.00 | 1,225.43 | $1,225.43 |
| O'Brien | Holly | 20.21 | 2,259.79 | $2,280.00 |
| Orlando | Bridget | 0.00 | 1,453.45 | $1,453.45 |
| Persun | Beth | 0.00 | 162.92 | $162.92 |
| Pyles | Kathleen | 0.00 | 166.63 | $166.63 |
| Rado | Rebecca | 0.00 | 3,026.36 | $3,026.36 |
| Ridall | Julie | 0.00 | 6,384.93 | $6,384.93 |
| Riffindifil | Jason | 0.00 | 47.14 | $47.14 |
| Riffindifil | Rosemary | 0.00 | 56.33 | $56.33 |
| Robbins | Cindy | 0.00 | 4,158.00 | $4,158.00 |
| Rubenstein | Paula | 0.00 | 452.78 | $452.78 |
| Russell | Anita | 0.00 | 0.09 | $0.09 |
| Sachetti | Kathleen | 2,303.23 | 840.95 | $3,144.18 |
| Schattie | Amy | 0.00 | 124.79 | $124.79 |
| Schu | Karl | 658.99 | 1,025.16 | $1,684.15 |
| Shadle | Terri | 0.00 | 7,340.18 | $7,340.18 |
| Shaffer | Brittany | 1,594.10 | 129.97 | $1,724.07 |
| Silliman | Deirdre | 0.00 | 5,279.89 | $5,279.89 |
| Singzon | Teresa | 427.95 | 423.27 | $851.22 |
| Sinvhal-Shar | Priyamvada | 0.00 | 17,307.69 | $17,307.69 |

| Last Name | First Name | Priority claim liability | Unsecured Claim liability | Total Unsecured Liability |
|---|---|---|---|---|
| Sirak | Kristin | 0.00 | 99.96 | $99.96 |
| Steimer | Laura | 32.84 | 6,913.42 | $6,946.27 |
| Stepanski | Lynn | 0.00 | 537.35 | $537.35 |
| Stich | Christine | 0.00 | 413.75 | $413.75 |
| SUTCLIFFE | TAMMY | 0.00 | 512.70 | $512.70 |
| turak | Mary Ann | 0.00 | 0.05 | $0.05 |
| Turner | Jacqueline | 0.00 | 0.28 | $0.28 |
| Volin | Joanna | 0.00 | 942.28 | $942.28 |
| Wagner | Joanne | 0.00 | 1,399.13 | $1,399.13 |
| Wall | Alexa | 0.00 | 102.70 | $102.70 |
| Ward | Kelly | 0.00 | 4,991.46 | $4,991.46 |
| Weiss | Crystal | 0.00 | 436.01 | $436.01 |
| Weller | Brandy | 398.03 | 0.00 | $398.03 |
| Williamoski | Lisa | 0.00 | 3,502.94 | $3,502.94 |
| Yagual | Delaila | 226.16 | 0.00 | $226.16 |
| Yocum | Mary | 0.00 | 121.84 | $121.84 |
| Zezza | Renita | 0.00 | 479.30 | $479.30 |
| TOTAL | | 10,465.25 | 208,803.79 | 218,951.05 |

| Name | Street Address | Zip Code | Claim |
|---|---|---|---:|
| 1918 WEST FRONT STREET LLC | 71 BOWERS ROAD, BERWICK, PA | 18603 | $21,660.00 |
| 1ST CHOICE MEDICAL | 1 CHASE MANHATTAN PLAZA, NEW YORK, N | 10081 | $2,650.00 |
| A THRU Z SERVICES LLC | 975 LOCKWOOD RD., ORTONVILLE, MI | 48462 | $182.00 |
| ABBOTT LABORATORIES | 75 REMITTANCE DR SUITE 1310, CHICAGO, I | 60675 | $272.15 |
| AC&R SERVICES, INC | 217 TURKEY PATH ROAD, SUGARLOAF, PA | 18249 | $548.55 |
| ACCESS | PO BOX 782998, PHILADELPHIA, PA | 19178 | $7,305.02 |
| ACCESS PHYSICIANS MGMT SVCS ORG | PO BOX 671110, DALLAS, TX | 75267 | $3,000.00 |
| ACCESS PHYSICIANS PLLC | PO BOX 670347, DALLAS, TX | 75267 | $5,251.94 |
| ACTEON NETWORKS, LLC | 165 INDIANA AVE., FORT WASHINGTON, PA | 19034 | $1,899.26 |
| ADVANCED STERILIZATION PRODUCTS | PO BOX 74007359, CHICAGO, IL | 60674-7359 | $2,915.00 |
| AGILITI SURGICAL EQUIPMENT REPAIR | PO BOX 856526, MINNEAPOLIS, MN | 55485-6526 | $810.33 |
| AMERICAN RED CROSS BLOOD SERVICE | PO BOX 33093, NEWARK, NJ | 07188-0093 | $10,954.25 |
| AMY GORDON | 1709 CHESTNUT ST., BERWICK, PA | 18603 | $16.38 |
| ANDUS LLC | 441 E HECTOR ST 4TH FLOOR, CONSHOHOC | 19428 | $24,000.00 |
| ANGIO DYNAMICS | 14 PLAZA DRIVE, LATHAM, NY | 12110 | $555.24 |
| API HEALHCARE CORPORATION - SYMPL | 315 CAPITOL STREET SUITE 100, HUSTON, T | 77002 | $8,531.75 |
| APPLIED MEDICAL | PO BOX 3511, CAROL STREAM, IL | 60132-3511 | $2,082.00 |
| ARBOR ASSOCIATES, INC | 1349 US HIGHWAY 131 SUITE A, PETOSKEY, M | 49770 | $562.50 |
| ASHLAND MEDICAL GROUP, PC | 322 SOUTH 14TH STREET, LEWISBURG, PA | 17837 | $21,616.00 |
| Atlantic Biomedical Company | 3637 LAHSER ROAD, BLOOMFIELD HILLS, M | 48304 | $4,123.05 |
| AVANOS MEDICAL INC | PO BOX 732583, DALLAS, TX | 75373-2583 | $1,244.20 |
| BAYER HEALTHCARE | 800 NORTH LINDBERGH BLVD., SAINTLOUIS | 63167 | $359.15 |
| BECTON, DICKINSON AND COMPANY | PO BOX 28983, NEW YORK, NY | 10087-8983 | $1,290.63 |
| BERWICK AREA JOINT SEWER AUTH | 1108 FREAS AVE, BERWICK, PA | 18603 | $16,731.07 |
| BERWICK MEDICAL CENTER ASSOC | 695 E 16th St, Suite C 695 E 16TH ST, SUITE C, | 18603 | $3,600.00 |
| BIMBO BAKERIES USA INC | PO BOX 412678, BOSTON, | MA 02241 | $282.44 |
| BIO-RAD LABORATORIES, INC. | 1000 ALFRED NOBLE DRIVE, HERCULES, CA | 94547 | $91.32 |
| BIOMERIEUX INC | PO BOX 500308, ST LOUIS, MO | 63150-0308 | $15,311.57 |
| BIOREFERENCE LABORATORIES | 481 EDWARD H. ROSS DRIVE, ELMWOOD PAR | 07407 | $27,580.80 |
| BODNAR | 204 W FRONT ST., BERWICK, PA | 18603 | $63.60 |
| BOSTON SCIENTIFIC CORP | PO BOX 786205, PHILADELPHIA, PA | 19178-6205 | $18,108.75 |
| BRACCO DIAGNOSTICS INC | P O BOX 978952, DALLAS, TX | 75397-8952 | $109.48 |

| Name | Street Address | Zip Code | Claim |
|---|---|---|---|
| Britt & Son LLC | P.O. BOX 131, MARSHALLS CREEK, PA | 18335 | $201.40 |
| BULL FROG,LLC | 901 TOWER DR. #305, TROY, MI | 48098 | $1,543.80 |
| C R BARD INC | PO BOX 75767, CHARLOTTE, NC | 28275 | $2,081.79 |
| CARDIAC MONITORING SERVICE | 1300 QUAIL STREET, SUITE 209, NEWPORT B | 92660 | $1,365.00 |
| CARDINAL HEALTH 200, LLC | PO BOX 13862, NEWARK, NJ | 07188-0862 | $2,672.83 |
| CAREFUSION SOL LLC/PYXIS PROD | 25082 NETWORK PLACE, CHICAGO, IL | 60673-1250 | $5,373.66 |
| CARESTREAM HEALTH, INC | DEPT CH 19286, PALATINE, IL | 60055 | $3,418.54 |
| CAREVIEW COMMUNICATIONS | 405 Texas 121 Bypass Suite B-240, Lewisville, TX | 75067 | $15,204.64 |
| CATHY CURTIN | 43 VILLAGE LANE, BERWICK, PA | 18603 | $13.84 |
| Center for Medicare and Medicaid Services | 1717 W. Broadway, Madison, WI | 53713 | $110,285.51 |
| CHG-MERIDIAN USA CORP | PO BOX 310577, DES MOINES, IA | 50331 | $48,711.81 |
| CIOX HEALTH | PO BOX 409669, ATLANTA, GA | 30384 | $61.39 |
| CLIA LABORATORY PROGRAM | P O BOX 3056, PORTLAND, OR | 97208-3056 | $2,624.00 |
| COLOPLAST CORP | DEPT. CH 19024, PALATINE, IL | 60055-9024 | $25,081.00 |
| CONSOLIDATED CALL CENTER SERVICE | 217 TURKEY PATH ROAD, SUGARLOAF, PA | 18249 | $534.78 |
| COOK MEDICAL INCORPORATED | 22988 NETWORK PLACE, CHICAGO, IL | 60673 | $50.00 |
| COVIDIEN SALES LLC | 4642 COLLECTIONS CENTER DR, CHICAGO, I | 690693-0046 | $4,910.16 |
| CULLIGAN | 136 N. 8TH ST., LEWISBURG, PA | 17837 | $406.37 |
| DALO'S BAKERY | 1201 FREAS AVE, BERWICK, PA | 18603 | $59.28 |
| DATA INNOVATIONS LLC | PO BOX 101978, ATLANTA, GA | 30392 | $10,600.00 |
| DAVID KNELLER | PO BOX 485, SCHAEFFERSTOWN, PA | 17088 | $4,185.10 |
| Diagnostica Stago Inc | PO Box 416347, BOSTON, MA | 022416347 | $21,633.87 |
| DIRECT TV | PO BOX 5006, CAROL STREAM, IL | 60197-5006 | $930.68 |
| EHRLICH | PO BOX 13848, READING, PA | 19612 | $2,335.71 |
| ENCORE REHABILITATION SERVICES | PO BOX 933195, CLEVELAND, OH | 44193 | $80.24 |
| ENERGY TECHNOLOGIES | 591 NORTH HUNTER HIGHWAY, DRUMS, PA | 18222 | $544.84 |
| EPS, INC | LOCK BOX 427, JAMISON, PA | 18929-0427 | $214.56 |
| EVOQUA WATER TECHNOLOGIES LLC | 28563 NETWORK PLACE, CHICAGO, IL | 60673 | $5,267.56 |
| EXPERIAN HEALTH | PO BOX 846133, LOS ANGELES, CA | 90084-6133 | $24,404.26 |
| FEDERAL EXPRESS | P O BOX 371461, PITTSBURGH, PA | 15250-7461 | $654.45 |
| FISHER HEALTHCARE | PO BOX 3648, BOSTON, MA | 02241-3648 | $29,394.17 |
| FOUGHT'S DISPOSAL SERVICE, INC | 2705 SNYDER AVE, BLOOMSBURG, PA | 17815 | $1,889.10 |

| Name | Street Address | Zip Code | Claim |
|---|---|---|---|
| FRONTIER COMMUNICATION | PO BOX 740707, CINCINNATI, OH | 45274-0407 | $11,420.94 |
| GE PRECISION HEALTHCARE | PO BOX 96483, CHICAGO, IL | 60693 | $11,856.10 |
| GRAINGER | DEPT 887619336, PALATINE, IL | 60038-0001 | $4,203.04 |
| GUYETTE COMMUNICATIONS INC | 90 NARROW ROAD PLYMOUTH PA | 18651 | $4,611.40 |
| Harmony Healthcare LLC | P.O. Box 161501 Suite 400, Atlanta, GA | 30321-1501 | $15,493.00 |
| HARRELL AUTOMATIC | POST OFFICE BOX M MIFFLINVILLE, PA | 18631 | $4,363.73 |
| HCSC LAUNDRY | 2171 28th Street Southwest, Allentown, PA | 18103 | $12,519.96 |
| HEALOGICS WOUND CARE & HYBERBAR | 28525 NETWORK PLACE, CHICAGO, IL | 60673 | $27,000.00 |
| HEALTHMARK INDUSTRIES CO INC | PO BOX 7410624, CHICAGO, IL | 60674-0624 | $34.92 |
| HELEN WEBB | 200 PLANTERS COVE, MADISON, MS | 39110 | $121.00 |
| HOLOGIC INC | 250 CAMPUS DRIVE, MARLBOROUNG, MA | 01752 | $188.00 |
| IMPERIAL DADE | 255 ROUTE 1 AND 9, JERSEY CITY, NJ | 07306 | $1,424.79 |
| Infrahealth IVES | 1000 Heritage Center Circle 123, Round Rock, TX | 78664 | $26,494.00 |
| INTEGRITY MEDICAL | 805 BEL VISTA DR, SPRINGFIELD, KY | 40069 | $1,446.03 |
| IRON MOUNTAIN | PO BOX 27128, NEW YORK, NY | 10087-7128 | $1,121.08 |
| JOHNSON CONTROLS FIRE PROTECTION | DEPT CH 10320, PALATINE, IL | 60055 | $7,064.42 |
| JULIUS ZORN INC DBA JUZO | 3690 ZORN DRIVE, CUYAHOGA FALLS, OH | 4422 | $979.65 |
| KARL SCHU | 136 middle road .catawissa PA | 17820 | $44.25 |
| KATHLEEN SPRINGMAN | 345 MILLER RD, BARTO, PA | 19504 | $135.71 |
| KENNETH LOCKARD | 212 MAIN ST, BERWICK, PA | 18603 | $59.37 |
| KERMA MEDICAL PRODUCTS | CCOUNTS RECEIVABLE 215 SUBURBAN DRIV | 23434 | $569.04 |
| KEY SURGICAL | PO BOX 74809, CHICAGO, IL | 60694-4809 | $65.72 |
| KONICA MINOLTA BUS SOLUTION USA | DEPT. AT 952823, ATLANTA, GA | 31192 | $2,029.83 |
| KONICA MINOLTA PREMIER FINANCE | P O BOX 070241, PHILADELPHIA, PA | 19176 | $8,362.66 |
| KUROWSKI md SPINE AND PAIN MANAGEMENT LLC | 1005 SCOTT TOWN CENTER, #1003, BLOO | 17815 | $34,200.00 |
| L & L BOILER MAINTENANCE, INC | 116 SOUTH WASHINGTON STREET, MONTOU | 17754 | $9,879.88 |
| LINDE GAS & EQUIPMENT INC | 10 RIVERVIEW DRIVE, DANBURY, CT | 06810 | $15,028.01 |
| MALLORY WOLL | 369 EAST 5TH ST., BLOOMSBURG, PA | 17815 | $100.62 |
| MEDI-DOSE INC | LOCK BOX 238, JAMISON, PA 18929 | 18929 | $258.60 |
| MEDLINE INDUSTRIES INC | BOX 382075, PITTSBURGH, PA | 15251-8075 | $60,944.96 |
| MEDPRO HEALTHCARE STAFFING | 1580 Sawgrass Corporate Pkwy, Ste 200, Sunrise | 33323 | $23,277.74 |

| Name | Street Address | Zip Code | Claim |
|---|---|---|---|
| Medsphere Systems Corporation | 1220 E 7800 S Fl 3, Sandy, UT | 84094 | $20,930.62 |
| MEDTRONIC USA INC | 4642 Collections Center Drice, Chicago, IL | 60693-0046 | $73,160.70 |
| MERIDIAN BIOSCIENCE | PO BOX 630224, CINCINNATI, OH | 45263 | $1,382.02 |
| METROPOLITAN TELECOMMUNICATION | PO BOX 9660, MANCHESTER, NH | 03108-9660 | $1,516.60 |
| MICHAEL WILCHINSKI | 42 OLD MILL ROAD, WILKES BARRE, PA | 18702 | $1,000.00 |
| MIRION TECHNOLOGIES (GDS) INC | 1218 MENLO DRIVE NW SUITE A, ATLANTA, ( | 30318 | $185.50 |
| MXR IMAGING INC | 4909 MURPHY CANYON RD SUITE 12, SAN DI | 92123 | $831.93 |
| NAVIENT | PO BOX 9988, WILKES BARRE, PA | 18773-9000 | $900.00 |
| NORTHEAST COURIER SERVICE | 478 OLD STATE RD, SWEET VALLEY, PA | 18656 | $640.00 |
| OEC Medical Systems INC | 2984 Collection Center Drive, Chicago, IL | 60693 | $4,718.06 |
| OLYMPUS AMERICA INC | P O BOX 200194, PITTSBURGH, PA | 15251-0194 | $1,638.99 |
| ORGANOGENESIS | DEPT 2542 PO BOX 122542, DALLAS, TX | 75312-2542 | $2,560.00 |
| ORTHO CLINICAL DIAGNOSTICS | PO BOX 3655, CAROL STREAM, IL | 60132 | $4,812.73 |
| OVERHEAD DOOR CORPORATION | PO BOX 740702, ATLANTA, GA | 30374-0702 | $1,917.01 |
| PACE ANALYTICAL SERVICES LLC | PO BOX 684056, CHICAGO, IL | 60695-4056 | $64.07 |
| PAYNE HEALTH PHYSICS CORPORATION | PO BOX 406469, ATLANTA, GA | 30384-6469 | $5,820.00 |
| PHILIPS HEALTHCARE | PO BOX 100355, ATLANTA, GA | 30384-0355 | $57.10 |
| PIRAMAL CRITICAL CARE INC | PO BOX 734722, CHICAGO, IL | 60673-4722 | $90.00 |
| PITNEY BOWES | P.O. BOX 981026, BOSTON, MA | 02298-1026 | $1,313.53 |
| PITNEY BOWES RESERVE ACCOUNT | P O BOX 223648 P O BOX 223648, PITTSBURGH | 15250-2648 | $1,500.57 |
| PPL | WO NORTH NINTH STREET, ALLENTOWN, PA | 18101 | $2,601.43 |
| PRECISION DYNAMICS CORP | PO BOX 71549, CHICAGO, IL | 60694 | $204.48 |
| PRECISION REMOTE PHARMACY SERVIC | 424 MOUNTAIN VIEW DRIVE, DALLAS, PA | 18612-9112 | $3,300.00 |
| PREMIER HEALTHCARE SOLUTIONS | 13034 BALLANTYNE CORPORATE PLACE, CH | 28277 | $17,666.66 |
| Premier Pain Professionals | 91 S.PROGRESS AVENUE, POTTSVILLE, PA | 17901 | $1,000.00 |
| PRIYAMVADA SHARMA | 3637 LAHSER ROAD, BLOOMFIELD HILLS, M | 48304 | $4,179.23 |
| PROGRESSIVE MEDICAL | 997 HORAN DRIVE, FENTON, MO | 63026-2401 | $615.86 |
| PURCHASE POWER | P O BOX 371874, PITTSBURGH, PA | 15250 | $244.86 |
| RADAR HEALTHCARE PROVIDERS | P.O. BOX 1708, WATKINSVILLE, GA | 30677 | $1,064.50 |
| RAYUS Radiology | PO BOX 675253, Detroit, MI | I 48267-5253 | $54,786.00 |
| REVSPRING INC | PO BOX 734197, CHICAGO, IL | 60673-4197 | $10,815.00 |
| RLS (USA) INC | MAIL CODE 7332 PO BOX 7247, PHILADELPH | 19170 | $1,751.76 |

| Name | Street Address | Zip Code | Claim |
|---|---|---|---|
| ROCHE DIAGNOSTICS CORPORATION | PO Box 71209, CHARLOTTE, NC | 28272-1209 | $1,302.76 |
| ROTO-ROOTER PLUMBING SERVICES | 131 CROSS ROAD, BLOOMSBURG, PA | 17815 | $557.50 |
| SAMANTHA HESS | PO BOX 26, BENTON, PA | 17814 | $194.94 |
| SANOFI PASTEUR INC | 12458 COLLECTIONS CENTER DR, CHICAGO, | 60693 | $11,990.74 |
| SIEMENS HEALTHCARE DIAGNOSTICS | 511 BENEDIT AVE, TARRYTOWN, NY | 10591 | $1,271.20 |
| SIZEWISE RENTALS | PO BOX 320, ELLIS, KS | 67637 | $1,330.00 |
| SMITH & NEPHEW ENDOSCOPY | P O BOX 60333, CHARLOTTE, NC | 28260 | $7,842.00 |
| Stair Biomedical Inc | 1632 Ransom Road, Dallas, PA | 18612 | $3,620.21 |
| STAPLES ADVANTAGE | PO BOX 70242, PHILADELPHIA, PA | 19176-0242 | $10,643.88 |
| STEPHANI FRACE | 777 HETLERVILLE RD, NESCOPECK, PA | 18635 | $28.13 |
| STERIS CORPORATION | PO BOX 644063, PITTSBURGH, PA | 15264 | $6,083.00 |
| STRECK, INC | 270 PARK AVENUE, NEW YORK, NY | 10017 | $614.39 |
| STRYKER SALES LLC | 21343 NETWORK PLACE, CHICAGO, IL | 60673-1213 | $730.36 |
| STRYKER SUSTAINABILITY SOLUTIONS | PO BOX 29387, PHOENIX, AZ | 85038-9387 | $400.00 |
| SUN LIFE ASSURANCE COMPANY OF CA | P O BOX 807009, KANSAS CITY, MO | 64184-7009 | $12,973.52 |
| SUN LIFE FINANCIAL | PO BOX 803821, KANSAS CITY, MO | 641416423 | $16,801.38 |
| SUN LIFE POLICY 946911-0002 | P O BOX 807009, KANSAS CITY, MO | 64184-7009 | $1,456.79 |
| SUSQUEHANNA LITHOTRIPSY | 100 W 3RD Avenue SUITE 350, COLUMBUS, OH | 43201 | $2,608.00 |
| Symmetry Surgical | PO BOX 719159, PHILADELLPHIA, PA | 19171-9159 | $221.65 |
| SYSMEX AMERICA, INC. | 28241 NETWORK PL, CHICAGO, IL | 60673-1282 | $1,551.01 |
| THE RYBAR GROUP, INC | PO BOX 1125, Fenton, MI | 48430 | $1,980.00 |
| THE SSI GROUP | PO BOX 11407 DEPT #2455, BIRMINGHAM, AL | 35246 | $5,734.60 |
| THERMO FISHER FINANCIAL SERVICES | 168 THIRD AVE, WALTHAM, MA | 02451 | $4,065.21 |
| TRANE | PO BOX 406469, ATLANTA, GA | 30384-6469 | $5,826.00 |
| US Foods Inc | PO BOX 824038, PHILADELPHIA, PA | 19182-4038 | $39,538.04 |
| VERIZON | PO BOX 16801, NEWARK, NJ | 07101 | $52,331.83 |
| Verizon Business  ID VS90303599, Bill payer | PO BOX 15043, ALBANY, NY | 12212-5043 | $1,583.32 |
| VERIZON WIRELESS | P O BOX 16810, NEWARK, NJ | 07101 | $789.43 |
| WEX HEALTH INC | 345 MILLER RD, BARTO, PA | 19504 | $133.20 |
| WILKES BARRE GENERAL HOSPITAL | PO BOX 637907, CINCINNATI, OH | 45263-7907 | $5,214.14 |
| YEO & YEO CPAS & BUSINESS CONSULT | 691 N. SQUIRREL RD., SUITE 100, AUBURN H | 48326 | $3,000.00 |
| ZIMMER US INC | PO BOX 790413, ST LOUIS, MO | 63179-0413 | $29,269.65 |